IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JONATHAN GADRA | : | CIVIL ACTION NO. 4:10-CV-236 |
|---|---|---|
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| C.O. 1 EISWERTH, et al. | : | |
| Defendants | : | |

# O R D E R

Before the court in the captioned action is a January 4, 2011 report of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendants' motions for Summary Judgment (Doc. 39) is **GRANTED**.

3) The case is **DISMISSED**.

4) The Clerk of Court shall **CLOSE** the case.

*s/ Yvette Kane*
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: JANUARY 24, 2011.